IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| Nancy Sweatt, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-5086-CV-SW-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed October 20, 2016, [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed October 20, 2016, [Doc. 21] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,437.50.

                                                                                  */s/ John T. Maughmer*
                                                                                   **John T. Maughmer**
                                                               **United States Magistrate Judge**